AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED
CLERKS OFFICE

2004 FEB 10 P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECTV, Inc.

V.

Steven Labonte

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03-40251 

TO: (Name and address of Defendant)

Steven Labonte
89 Elm Street
Blackstone, MA 01504

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ _days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
CLERK

_November 17, 2003_
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

02/02/2004

I hereby certify and return that on 01/30/2004 at 01:20pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet, Case Cover Sheet, Corporate Disclosure in this action in the following manner: To wit, by delivering in hand to STEVEN LABONTE at 89 ELM ST, BLACKSTONE, MA. Fees: Service 30.00, Travel 18.88, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $59.38

Lt - Deputy Sheriff Joseph F Coggans Jr.

*Joseph J Coggans Jr.*

**Deputy Sheriff**

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
           Date                         Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.