UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Worcester)

FILED
IN CLERKS OFFICE
2004 FEB 26  A 10: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: 03-40251-NMG |
| Plaintiff, | ) |
| vs. | ) NOTICE OF VOLUNTARY DISMISSAL |
| | ) WITHOUT PREJUDICE |
| Steven Labonte | ) |
| Defendant | ) |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

2/25/04
Date

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

John M. McLaughlin
MCLAUGHLIN SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page   1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___25___ day of ___Feb___, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Attorney Michael Murray
800 Turnpike Street
Suite 203
North Andover, MA 01845

_____
John M. McLaughlin, Esq.